IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 17-00393-01-CR-W-BCW |
| | ) | |
| MAURICE FREEMAN, | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

Before the Court is Magistrate Judge Sarah W. Hays's Report and Recommendation (Doc. #36) denying Defendant's Motion to Suppress Evidence (Doc. #21). Defendant filed objections (Doc. #22) to the Report and Recommendation. After an independent review of the record, the applicable law, and the parties' arguments, the Court adopts Magistrate Judge Hays's findings of fact and conclusions of law. Accordingly, it is hereby

ORDERED that Magistrate Judge Hays's Report and Recommendation be attached to and made part of this Order.

IT IS SO ORDERED.


DATED: July 9, 2018                   /s/ Brian C. Wimes
                                      JUDGE BRIAN C. WIMES
                                      UNITED STATES DISTRICT COURT

1